IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOHAMMED ARAIINEJAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:04-cv-168-WKW |
| ) | (WO) |
| O'CHARLEY'S INC., ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

Upon consideration of the Stipulation of Dismissal filed by the parties on December 20, 2006 (Doc. # 35) it is hereby ORDERED that:

1. This case is DISMISSED with prejudice.

2. Each party to bear his or its own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 21st day of December, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE